## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>　　　**Plaintiff,**<br><br>　　v.<br><br>**MIKU, INC.,**<br><br>　　　**Defendant.** | **Case No.: 6:22-cv-00426**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" and/or "Rothschild Broadcast Distribution Systems") files this complaint against Miku, Inc. ("Defendant" and/or "Miku") for infringement of U.S. Patent No. 8,856,221 (hereinafter the "221 Patent") and alleges as follows:

### PARTIES

1.　　　Plaintiff is a Texas limited liability company with an office at 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

2.　　　On information and belief, Defendant is a Texas corporation with its principal place of business at 16702 Anjou Lane Round Rock, TX 78681 and may be served through its agent, Kuan-Hsien M. Lee, at the same address.

### JURISDICTION AND VENUE

3.　　　This action arises under the patent laws of the United States, 35 U.S.C. § 271 et seq.  Plaintiff is seeking damages, as well as attorney fees and costs.

4.　　　Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents).

5.     On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6.     Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in the district.

7.     Venue is proper in this District under 28 U.S.C. §1400(b) because Defendant is deemed to be a resident in this District. Alternatively, acts of infringement are occurring in this District, and Defendant has a regular and established place of business in this District.

## BACKGROUND

8.     On October 7, 2014, the United States Patent and Trademark Office ("USPTO") duly and legally issued the '221 Patent, entitled "System and Method for Storing Broadcast Content in a Cloud-Based Computing Environment" after the USPTO completed a full and fair examination.   The '221 Patent is attached as Exhibit A.

9.     Rothschild Broadcast Distribution Systems is currently the owner of the '221 Patent.

10.     Rothschild Broadcast Distribution Systems possesses all rights of recovery under the '221 Patent, including the exclusive right to recover for past, present, and future infringement.

11.     The '221 Patent contains thirteen claims including two independent claims (claims 1 and 7) and eleven dependent claims.

## COUNT ONE
### (Infringement of United States Patent No. 8,856,221)

12.     Plaintiff refers to and incorporates the allegations in Paragraphs 1 - 11, the same as if set forth herein.

13.     This cause of action arises under the patent laws of the United States and, in particular under 35 U.S.C. §§ 271, *et seq.*

14.     Defendant has knowledge of its infringement of the '221 Patent, at least as of the service of the present complaint.

15.     The '221 Patent teaches a method and apparatus for media content storage and delivery.  '221 Patent, Abstract.  Among other things, the claimed system includes a server, which has a receiver in communication with a processor.  *Id*. The receiver receives a request message. *Id*.  The request message includes media data indicating requested media content and a consumer device identifier corresponding to a consumer device. *Id*. The processor determines whether the consumer device identifier corresponds to a registered consumer device.  *Id*. If the processor determines that the consumer device identifier corresponds to the registered consumer device, then the processor determines whether the request message is one of a storage request message and a content request message. *Id*. If the request message is the storage request message, then the processor is further configured to determine whether the requested media content is available for storage. *Id*. If the request message is the content request message, then the processor initiates delivery of the requested media content to the consumer device.  *Id*.

16.     The present invention solves problems that existed with then-existing media delivery systems. One problem with prior delivery systems is that the customer was charged according to the expenses of the provider rather than the usage of the customer.  '221 Patent, 1:31-57. Customers were not charged based on the amount of programming delivered or the amount or

duration of the customer's storage of media. *Id*. Another such problem, more generally, is that customers were not billed and services were not provided, in a way that was tailored to the customer's needs and usage. *Id*., 2:3-13.

17. A number of aspects of the invention(s) embodied in the '221 Patent overcome the problems with the prior art. For example, the inventive system includes a processor in communication with a receiver. *Id*., 2:23-34. The processor determines media content characteristics that correspond to the media content to be stored. *Id*. The processor determines a length of time to store the media content based on the media data and determines a cost amount based at least in part on the determined media content characteristics and length of time to store the media content. *Id*. As another example, the system makes a determination that media content is available for download. *Id*., 2:64-3:2. A determination is made that content is not stored. Download of the media content is initiated. *Id*. The media content is received and the received media content is stored. *Id*.

18. The '221 Patent is directed to computerized technologies to provide users with tailored media delivery systems and tailored billing for such systems. Among other things, the '221 Patent claims include sending and receiving of request messages indicating requested media content and including a device identifier corresponding to a consumer device. A determination is made whether the identifier corresponds to the device. A determination is also made as to whether the request is for delivery or storage. The media data in the request includes time data that indicates a length of time for storage. A processor is configured to determine whether requested media exists and whether there are any restrictions associated with delivery or storage of the requested media.

19.     The system(s) and methods of the '221 Patent include software and hardware that do not operate in a conventional manner.  For example, the software is tailored to provide functionality to perform recited steps and the processor is configured (and/or programmed) to provide functionality recited throughout the claims of the '221 Patent.

20.     The '221 Patent solves problems with the art that are rooted in computer technology and that are associated with electronic transmission, loading, and storage of location information, as well as automatic provisioning of route guidance. The '221 Patent claims do not merely recite the performance of some business practice known from the pre-Internet world along with the requirement to perform it on the Internet.

21.     The improvements of the '221 Patent and the features recited in the claims in the '221 Patent provide improvements to conventional hardware and software systems and methods. The improvements render the claimed invention of the '221 Patent non-generic in view of conventional components.

22.     The improvements of the '221 Patent and the features recitations in the claims of the '221 Patent are not those that would be well-understood, routine, or conventional to one of ordinary skill in the art at the time of the invention.

23.     Accordingly, Defendant has infringed and continues to infringe, the '221 Patent in violation of 35 U.S.C. § 271.  Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 7, of the '221 Patent by making, using, importing, selling, and/or offering for media content storage and delivery systems and services covered by one or more claims of the '221 Patent.

24.     Defendant sells, offers to sell, and/or uses media content storage and delivery systems and services, including, without limitation, the Miku cloud-based IP security camera, any

associated hardware, software, and apps, as well as any similar products ("Product"), which infringe at least Claim 7 of the '221 Patent.

25.     The Product practices a method of storing (e.g., cloud storage) media content (e.g., conference recording) and delivering requested media content (streaming video, recorded videos, etc.) to a consumer device (e.g., mobile device with an app or software). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source:  https://mikucare.com/

The Miku detects motion and sound and will record video and push notifications to your phone when it's triggered by this activity. Conversely, it will display an alert on your phone, sound an alarm, and record video when no motion is detected. All video is saved in the cloud for 30 days at no charge.

Source: https://www.techhive.com/article/578604/miku-smart-baby-monitor-review.html

## Recorded activity.

Capture the moments that matter. With Miku's sensory-driven video capture you can store
unlimited photos and video on your smartphone.

Source: https://mikucare.com/pages/miku-app-features

The Miku camera captures 1080p video at 30fps, has a 130-degree field of view, and uses an infrared LED assembly for night vision. In addition to motion detection, it offers two-way audio courtesy of the two speakers on the top of the camera enclosure and a dual microphone array on its face. The Miku will send a push and email alert and record video when motion is detected. Video is stored in the cloud for 30 days, free of charge. It will also sound an alarm on your phone and record video when no motion is detected.

Source: https://www.pcmag.com/reviews/miku-smart-baby-monitor

Miku now offers parents an added layer of awareness and safety when monitoring their little one's sleep, breathing, and nursery conditions. The addition of sound alerts to Miku's real-time monitoring capabilities supports our mission to provide parents with higher awareness, safe sleeping practices, and peace of mind from anywhere in the world. The Sound Alert feature works by recording sound event videos in response to prolonged noises within the environment that are at least 12 seconds long. Access to the video from when the sound was detected will be captured with 1080p HD video quality and stored in the CryptoChip secure cloud for your reference. This information can be found displayed on your mobile app in real-time. For those currently using Miku who are not able to view this new notification, be sure to update your mobile app to gain access.

Source: https://mikucare.com/blogs/blog/miku-smart-baby-monitor-adds-sound-alert

**High quality visual and audio capabilities**

Being able to check in and see what your baby is doing in their crib is a huge benefit of smart baby monitors. Are they crying because they're no longer swaddled? Did they lose their pacifier? Is your newly potty-trained toddler telling you they have to use the potty? Having a good quality camera and speakers with your baby monitor makes a huge difference with kids both newborn to toddler! The video is also saved in the cloud so you can reference back to it. Maybe your baby is consistently waking up early (Is the sun waking them up? Maybe you need black out curtains!) or maybe they just had an adorable laugh or coo when you walked in the room that you can't resist watching over and over! Open up your app and take a look!

Source: https://mikucare.com/blogs/blog/6-benefits-using-smart-baby-monitor

How long are my motion, sound, and noise events stored?                                    —

Motion, sound, and noise events are stored for 30 days. To keep these events longer, we recommend downloading them to your smartphone, computer, or an external drive.

Source: https://support.mikucare.com/hc/en-us/articles/360021408272-

26.    The Product necessarily includes a receiver configured to receive a request message including data indicating requested media content (e.g., the Product must have infrastructure to receive a request to store recorded media content or to stream recorded media content on a smartphone;  additionally, the request message must contain data that identifies the content to be stored or streamed) and a consumer device identifier corresponding to a consumer device (e.g., the user credentials are used to access the contents of the Product). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

The Miku detects motion and sound and will record video and push notifications to your phone when it's triggered by this activity. Conversely, it will display an alert on your phone, sound an alarm, and record video when no motion is detected. All video is saved in the cloud for 30 days at no charge.

Source: https://www.techhive.com/article/578604/miku-smart-baby-monitor-review.html

The Miku camera captures 1080p video at 30fps, has a 130-degree field of view, and uses an infrared LED assembly for night vision. In addition to motion detection, it offers two-way audio courtesy of the two speakers on the top of the camera enclosure and a dual microphone array on its face. The Miku will send a push and email alert and record video when motion is detected. Video is stored in the cloud for 30 days, free of charge. It will also sound an alarm on your phone and record video when no motion is detected.

Source: https://www.pcmag.com/reviews/miku-smart-baby-monitor

Miku now offers parents an added layer of awareness and safety when monitoring their little one's sleep, breathing, and nursery conditions. The addition of sound alerts to Miku's real-time monitoring capabilities supports our mission to provide parents with higher awareness, safe sleeping practices, and peace of mind from anywhere in the world. The Sound Alert feature works by recording sound event videos in response to prolonged noises within the environment that are at least 12 seconds long. Access to the video from when the sound was detected will be captured with 1080p HD video quality and stored in the CryptoChip secure cloud for your reference. This information can be found displayed on your mobile app in real-time. For those currently using Miku who are not able to view this new notification, be sure to update your mobile app to gain access.

Source: https://mikucare.com/blogs/blog/miku-smart-baby-monitor-adds-sound-alert

## 6. Your Miku Smart Baby Monitor is anywhere you are. Just check your phone.

There's no need to be tethered to a separate video monitor with the Miku Smart Baby Monitor. Simply log in to the app on your phone and see your baby sleeping safe and sound. Whether you're running errands, traveling overseas, or just down the hall, Miku is at the ready, all the time.

Source: https://mikucare.com/blogs/blog/10-reasons-love-miku-smart-baby-monitor



Source: https://mikucare.com/pages/miku-app-features

Source: https://accounts.mikucare.com/account/login

27.     The Product necessarily determines whether the consumer device identifier corresponds to the registered consumer device (e.g., a user must be a registered user to access the Product's services). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



**6. Your Miku Smart Baby Monitor is anywhere you are. Just check your phone.**

There's no need to be tethered to a separate video monitor with the Miku Smart Baby Monitor. Simply log in to the app on your phone and see your baby sleeping safe and sound. Whether you're running errands, traveling overseas, or just down the hall, Miku is at the ready, all the time.

Source: https://mikucare.com/blogs/blog/10-reasons-love-miku-smart-baby-monitor

## Log In

Log in to your Miku account. Manage your devices, shared users, and passwords.

EMAIL *

PASSWORD *                                                    👁

LOG IN

Source: https://accounts.mikucare.com/account/login

28.     The Product provides for both media downloads and/or storage, and media streaming. After a successful login, the Product necessarily determines whether the request received from a customer is a request for storage (e.g., recording or storing content) or content (e.g., streaming of media content).   Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

The Miku detects motion and sound and will record video and push notifications to your phone when it's triggered by this activity. Conversely, it will display an alert on your phone, sound an alarm, and record video when no motion is detected. All video is saved in the cloud for 30 days at no charge.

Source: https://www.techhive.com/article/578604/miku-smart-baby-monitor-review.html

The Miku camera captures 1080p video at 30fps, has a 130-degree field of view, and uses an infrared LED assembly for night vision. In addition to motion detection, it offers two-way audio courtesy of the two speakers on the top of the camera enclosure and a dual microphone array on its face. The Miku will send a push and email alert and record video when motion is detected. Video is stored in the cloud for 30 days, free of charge. It will also sound an alarm on your phone and record video when no motion is detected.

Source: https://www.pcmag.com/reviews/miku-smart-baby-monitor

## 6. Your Miku Smart Baby Monitor is anywhere you are. Just check your phone.

There's no need to be tethered to a separate video monitor with the Miku Smart Baby Monitor. Simply log in to the app on your phone and see your baby sleeping safe and sound. Whether you're running errands, traveling overseas, or just down the hall, Miku is at the ready, all the time.

Source: https://mikucare.com/blogs/blog/10-reasons-love-miku-smart-baby-monitor



Source: https://accounts.mikucare.com/account/login

29.     The Product verifies that media content identified in the media data of the storage request message (e.g., request to record content) is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage. The Product must verify that the media content (e.g. specific recording) identified in the media data of the storage request message is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage (e.g., the product must verify a user's ability to store media content is limited to a certain amount of memory and/or time). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source: https://mikucare.com/

The Miku detects motion and sound and will record video and push notifications to your phone when it's triggered by this activity. Conversely, it will display an alert on your phone, sound an alarm, and record video when no motion is detected. All video is saved in the cloud for 30 days at no charge.

Source: https://www.techhive.com/article/578604/miku-smart-baby-monitor-review.html

The Miku camera captures 1080p video at 30fps, has a 130-degree field of view, and uses an infrared LED assembly for night vision. In addition to motion detection, it offers two-way audio courtesy of the two speakers on the top of the camera enclosure and a dual microphone array on its face. The Miku will send a push and email alert and record video when motion is detected. Video is stored in the cloud for 30 days, free of charge. It will also sound an alarm on your phone and record video when no motion is detected.

Source: https://www.pcmag.com/reviews/miku-smart-baby-monitor

30.    If a customer requests content (e.g., live streaming of media content), then a processor within the Product necessarily initiates delivery of the content to the customer's device. The Product will initiate delivery of the requested media content to the consumer device (e.g., stream media content feed to a smartphone or tablet etc.) if the request message is a content request message (e.g., request for live streaming). Certain aspects of these elements are illustrated in the screen shots below and/or in screen shots provided in connection with other allegations herein.

**6. Your Miku Smart Baby Monitor is anywhere you are. Just check your phone.**

There's no need to be tethered to a separate video monitor with the Miku Smart Baby Monitor. Simply log in to the app on your phone and see your baby sleeping safe and sound. Whether you're running errands, traveling overseas, or just down the hall, Miku is at the ready, all the time.

Source: https://mikucare.com/blogs/blog/10-reasons-love-miku-smart-baby-monitor

Miku now offers parents an added layer of awareness and safety when monitoring their little one's sleep, breathing, and nursery conditions. The addition of sound alerts to Miku's real-time monitoring capabilities supports our mission to provide parents with higher awareness, safe sleeping practices, and peace of mind from anywhere in the world. The Sound Alert feature works by recording sound event videos in response to prolonged noises within the environment that are at least 12 seconds long. Access to the video from when the sound was detected will be captured with 1080p HD video quality and stored in the CryptoChip secure cloud for your reference. This information can be found displayed on your mobile app in real-time. For those currently using Miku who are not able to view this new notification, be sure to update your mobile app to gain access.

Source: https://mikucare.com/blogs/blog/miku-smart-baby-monitor-adds-sound-alert

**High quality visual and audio capabilities**

Being able to check in and see what your baby is doing in their crib is a huge benefit of smart baby monitors. Are they crying because they're no longer swaddled? Did they lose their pacifier? Is your newly potty-trained toddler telling you they have to use the potty? Having a good quality camera and speakers with your baby monitor makes a huge difference with kids both newborn to toddler! The video is also saved in the cloud so you can reference back to it. Maybe your baby is consistently waking up early (Is the sun waking them up? Maybe you need black out curtains!) or maybe they just had an adorable laugh or coo when you walked in the room that you can't resist watching over and over! Open up your app and take a look!

Source: https://mikucare.com/blogs/blog/6-benefits-using-smart-baby-monitor

**Recorded activity.**

Capture the moments that matter. With Miku's sensory-driven video capture you can store unlimited photos and video on your smartphone.

Source: https://mikucare.com/pages/miku-app-features

31.     The media data includes date and time information to identify conference start and stop times, as well as meeting length.  Time data may also indicate a length of time to store the requested media content (e.g., a user is allowed to store media content for a retention period configured by the user per their subscription level). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

The Miku detects motion and sound and will record video and push notifications to your phone when it's triggered by this activity. Conversely, it will display an alert on your phone, sound an alarm, and record video when no motion is detected. All video is saved in the cloud for 30 days at no charge.

Source: https://www.techhive.com/article/578604/miku-smart-baby-monitor-review.html

The Miku camera captures 1080p video at 30fps, has a 130-degree field of view, and uses an infrared LED assembly for night vision. In addition to motion detection, it offers two-way audio courtesy of the two speakers on the top of the camera enclosure and a dual microphone array on its face. The Miku will send a push and email alert and record video when motion is detected. Video is stored in the cloud for 30 days, free of charge. It will also sound an alarm on your phone and record video when no motion is detected.

Source: https://www.pcmag.com/reviews/miku-smart-baby-monitor

How long are my motion, sound, and noise events stored?                    —

Motion, sound, and noise events are stored for 30 days. To keep these events longer, we recommend downloading them to your smartphone, computer, or an external drive.

Source: https://support.mikucare.com/hc/en-us/articles/360021408272-

Recorded activity.

Capture the moments that matter. With Miku's sensory-driven video capture you can store
unlimited photos and video on your smartphone.

Source: https://mikucare.com/pages/miku-app-features

32.     The Product must first determine whether the requested media content exists prior to initiating delivery in order to prevent data errors that would result from attempting to transmit media content that does not exist (e.g., the product must verify that a particular requested data is stored in the cloud). Also, a user can view the history of media content and the processor can identify the existence of that particular media content.  Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

Miku now offers parents an added layer of awareness and safety when monitoring their little one's sleep, breathing, and nursery conditions. The addition of sound alerts to Miku's real-time monitoring capabilities supports our mission to provide parents with higher awareness, safe sleeping practices, and peace of mind from anywhere in the world. The Sound Alert feature works by recording sound event videos in response to prolonged noises within the environment that are at least 12 seconds long. Access to the video from when the sound was detected will be captured with 1080p HD video quality and stored in the CryptoChip secure cloud for your reference. This information can be found displayed on your mobile app in real-time. For those currently using Miku who are not able to view this new notification, be sure to update your mobile app to gain access.

Source: https://mikucare.com/blogs/blog/miku-smart-baby-monitor-adds-sound-alert

**High quality visual and audio capabilities**

Being able to check in and see what your baby is doing in their crib is a huge benefit of smart baby monitors. Are they crying because they're no longer swaddled? Did they lose their pacifier? Is your newly potty-trained toddler telling you they have to use the potty? Having a good quality camera and speakers with your baby monitor makes a huge difference with kids both newborn to toddler! The video is also saved in the cloud so you can reference back to it. Maybe your baby is consistently waking up early (Is the sun waking them up? Maybe you need black out curtains!) or maybe they just had an adorable laugh or coo when you walked in the room that you can't resist watching over and over! Open up your app and take a look!

Source: https://mikucare.com/blogs/blog/6-benefits-using-smart-baby-monitor

The Miku detects motion and sound and will record video and push notifications to your phone when it's triggered by this activity. Conversely, it will display an alert on your phone, sound an alarm, and record video when no motion is detected. All video is saved in the cloud for 30 days at no charge.

Source: https://www.techhive.com/article/578604/miku-smart-baby-monitor-review.html

The Miku camera captures 1080p video at 30fps, has a 130-degree field of view, and uses an infrared LED assembly for night vision. In addition to motion detection, it offers two-way audio courtesy of the two speakers on the top of the camera enclosure and a dual microphone array on its face. The Miku will send a push and email alert and record video when motion is detected. Video is stored in the cloud for 30 days, free of charge. It will also sound an alarm on your phone and record video when no motion is detected.

Source: https://www.pcmag.com/reviews/miku-smart-baby-monitor

## Recorded activity.

Capture the moments that matter. With Miku's sensory-driven video capture you can store
unlimited photos and video on your smartphone.

Source: https://mikucare.com/pages/miku-app-features

33.     After the processor determines whether the requested media content is available, it determines whether there are restrictions associated with the requested media content (e.g., user access restrictions, etc.). Certain aspects of these elements are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source:  **https://mikucare.com/**

Miku now offers parents an added layer of awareness and safety when monitoring their little one's sleep, breathing, and nursery conditions. The addition of sound alerts to Miku's real-time monitoring capabilities supports our mission to provide parents with higher awareness, safe sleeping practices, and peace of mind from anywhere in the world. The Sound Alert feature works by recording sound event videos in response to prolonged noises within the environment that are at least 12 seconds long. Access to the video from when the sound was detected will be captured with 1080p HD video quality and stored in the CryptoChip secure cloud for your reference. This information can be found displayed on your mobile app in real-time. For those currently using Miku who are not able to view this new notification, be sure to update your mobile app to gain access.

Source: **https://mikucare.com/blogs/blog/miku-smart-baby-monitor-adds-sound-alert**

### High quality visual and audio capabilities

Being able to check in and see what your baby is doing in their crib is a huge benefit of smart baby monitors. Are they crying because they're no longer swaddled? Did they lose their pacifier? Is your newly potty-trained toddler telling you they have to use the potty? Having a good quality camera and speakers with your baby monitor makes a huge difference with kids both newborn to toddler! The video is also saved in the cloud so you can reference back to it. Maybe your baby is consistently waking up early (Is the sun waking them up? Maybe you need black out curtains!) or maybe they just had an adorable laugh or coo when you walked in the room that you can't resist watching over and over! Open up your app and take a look!

Source: **https://mikucare.com/blogs/blog/6-benefits-using-smart-baby-monitor**

The Miku detects motion and sound and will record video and push notifications to your phone when it's triggered by this activity. Conversely, it will display an alert on your phone, sound an alarm, and record video when no motion is detected. All video is saved in the cloud for 30 days at no charge.

Source: https://www.techhive.com/article/578604/miku-smart-baby-monitor-review.html

The Miku camera captures 1080p video at 30fps, has a 130-degree field of view, and uses an infrared LED assembly for night vision. In addition to motion detection, it offers two-way audio courtesy of the two speakers on the top of the camera enclosure and a dual microphone array on its face. The Miku will send a push and email alert and record video when motion is detected. Video is stored in the cloud for 30 days, free of charge. It will also sound an alarm on your phone and record video when no motion is detected.

Source: https://www.pcmag.com/reviews/miku-smart-baby-monitor

### Recorded activity.

Capture the moments that matter. With Miku's sensory-driven video capture you can store
unlimited photos and video on your smartphone.

Source: https://mikucare.com/pages/miku-app-features

How long are my motion, sound, and noise events stored?

Motion, sound, and noise events are stored for 30 days. To keep these events longer, we recommend downloading them to your smartphone, computer, or an external drive.

Source: https://support.mikucare.com/hc/en-us/articles/360021408272-

34.   Defendant's actions complained of herein will continue unless Defendant is enjoined by this Court.

35.    Defendant's actions complained of herein is causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

36.    The '221 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

37.    A copy of the '221 Patent, titled "System and Method for Storing Broadcast Content in a Cloud-based Computing Environment," is attached hereto as Exhibit A.

38.    By engaging in the conduct described herein, Defendant has injured Plaintiff and is liable for infringement of the '221 Patent, pursuant to 35 U.S.C. § 271.

39.    Defendant has committed these acts of literal infringement, or infringement under the doctrine of equivalents of the '221 Patent, without license or authorization.

40.    As a result of Defendant's infringement of the '221 Patent, injured Plaintiff has suffered monetary damages and is entitled to a monetary judgment in an amount adequate to compensate for Defendant's past infringement, together with interests and costs.

41.    Plaintiff is in compliance with 35 U.S.C. § 287.

42.    As such, Plaintiff is entitled to compensation for any continuing and/or future infringement of the '221 Patent up until the date that Defendant ceases its infringing activities.

## **DEMAND FOR JURY TRIAL**

43.    Under Rule 38 of the Federal Rules of Civil Procedure, Plaintiff respectfully requests a trial by jury of any issues so triable by right.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a)    Enter judgment for Plaintiff on this Complaint on all cases of action asserted herein;

(b)    Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receives notice of the order from further infringement of United States Patent No. 8,856,221 (or, in the alternative, awarding Plaintiff running royalty from the time judgment going forward);

(c)  Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d)  Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: April 28, 2022.                    Respectfully submitted,


/s/Jay Johnson
**JAY JOHNSON**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kpllc.com

**ATTORNEYS FOR PLAINTIFF**